# Chicago, Indianapolis & Louisville Railway Company v. Town of Salem.

[No. 20,657. Filed February 13, 1906.]

From Washington Circuit Court; *T. B. Buskirk,* Judge.

Action by the Town of Salem against the Chicago, Indianapolis & Louisville Railway Company. From a judgment for plaintiff, defendant appeals. *Reversed.*

*E. C. Field* and *H. R. Kurrie,* for appellant.
*Mitchell & Mitchell,* for appellee.

Montgomery, J.—The questions involved in this appeal are the same as those decided in *Chicago, etc., R. Co.* v. *Town of Salem* (1906), *ante,* 71, and upon the authority of that case the judgment in this must be reversed.

The judgment is reversed, with directions to sustain appellant's demurrer to the complaint.